UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-3145-MJ-GOODMAN(SEALED)

UNITED STATES OF AMERICA,
      Plaintiff,

V.

Andrew Shawn Fermin,
      Defendant(s).

_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 6/12/24

Jonathan Goodman
**UNITED STATES MAGISTRATE JUDGE**